**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Shelli L. Grotte Pettit, et al., | ) | No. 13-CV-8170-PCT-PGR |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| Homeward Residential Incorporated, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| ———————————————— | ) | |

The Court having considered the Joint Stipulation (Doc. 14) filed by Plaintiff Shelli L. Grotte Pettit and Defendant Homeward Financial, Inc., and with good cause appearing, hereby grants said Stipulation and Orders as follows:

1.   Plaintiff shall pay Defendant $19,892.27, in the form of certified funds, on or before January 15, 2014. The payment shall be made payable to Homeward Residential, Inc. C/O Ocwen Loan Servicing, LLC and delivered to counsel for Homeward Residential, Inc., Charles Tony Piccuta, at 14362 N. Frank Lloyd Wright Blvd. #2127, Scottsdale, Arizona 85260.

2.   The Parties shall both mutually release any and all claims that each other has against one another, known or unknown, related to this action, including any claims for malicious prosecution or for litigation costs and attorney's fees.

/ / /

1    3.   The case is dismissed with prejudice.

2    DATED this 21st day of January, 2014.

3

4    _____

5    Paul G. Rosenblatt
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28